**Order entered April 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00064-CV

**ROLAND SCOTT ARNELL, Appellant**

**V.**

**MONIKA ELIZABETH ARNELL, Appellee**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-09155**

## ORDER

Appellee's Unopposed Motion for Extension of Time to Submit Additional Briefing is

**GRANTED.** The parties are to submit the additional briefing previously ordered by the Court by

April 26, 2013.

/s/ KERRY P. FITZGERALD
   JUSTICE